IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

     Plaintiff,                           No. CIV S-11-0323 WBS EFB P

     vs.

HEINRICH, et al.,

     Defendants.             <u>ORDER</u>

     Good cause appearing, plaintiff's October 31, 2011 request to modify the September 9, 2011 discovery and scheduling order is granted. The discovery and scheduling order is hereby amended as follows:

     1. The parties may conduct discovery until February 23, 2012. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than December 23, 2011.

     2. Dispositive motions shall be filed on or before May 2, 2012.

     So ordered.

Dated: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE