IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

        Plaintiff,                    No. 2:11-cv-0323 WBS EFB P

        vs.

HEINRICH, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Good cause appearing, defendants' August 23, 2012 request for an extension of time to re-file and re-serve their May 23, 2012 motion for summary judgment (Dckt. No. 35) is granted, and the re-filed motion (Dckt. No. 37) is deemed timely filed.

      So ordered.

DATED: August 24, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE