IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

    Plaintiff,                                     No. 2:11-cv-0323 WBS EFB P

vs.

HEINRICH, et al.,

    Defendants.                                ORDER TO SHOW CAUSE

_____/

       Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On November 20, 2012, the court ordered the parties to submit confidential settlement statements within thirty days.  Dckt. No. 45.  The time for acting has passed and plaintiff has not submitted a confidential settlement statement, or otherwise responded to the court's order.  Accordingly, plaintiff will be ordered to show cause why this action should not be dismissed for failure to prosecute.

       A district court must "weigh five factors to determine whether to dismiss a case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions."  *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994); *accord, Southwest Marine Inc. v. Danzig*, 217 F.3d 1128, 1138 (9th Cir. 2000).

1

Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. Local Rule 110.  The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that:

1. Within 21 days of the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute; and

2. Plaintiff shall also, within 21 days of the date of this order, submit a confidential settlement statement as required by the court's November 20, 2012 order.

DATED:  January 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE