IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

      Plaintiff,                                No. 2:11-cv-0323 WBS EFB P

    vs.

HEINRICH, et al.,                                 <u>ORDER</u>

      Defendants.

_____/

      Plaintiff is a former state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Beth H. Hodess has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

      In accordance with the above, IT IS HEREBY ORDERED that:

    1. Beth H. Hodess is appointed as counsel in the above entitled matter.

    2. Beth H. Hodess shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

    3. The Clerk of the Court is directed to serve a copy of this order upon Beth H. Hodess, Law Offices of Beth H. Hodess, 4600 Market Street, Oakland, California 94608.

////

1

1    4.  A status conference is set before the undersigned on Wednesday, May 22, 2013 in
2 Courtroom No. 8, 13th Floor, at 10:00 a.m.
3 DATED:  April 29, 2013.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE