UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. KIRK,<br><br>           Plaintiff,<br><br>     v.<br><br>HEINRICH,<br><br>           Defendant. | No.  2:11-cv-323-WBS-EFB P<br><br>ORDER AFTER HEARING ON PLAINTIFF'S DISCOVERY MOTION |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On August 21, 2013, this action was on calendar for hearing on plaintiff's motion for discovery.  Good cause appearing and for the reasons stated on the record, IT IS HEREBY ORDERED that plaintiff's discovery motion (ECF No. 65) is granted as follows:

   1.  The deadline for completing discovery is extended for the limited purpose of resolving this motion.

   2.  Plaintiff's request for documents from the central files of other inmates is granted.  Defense counsel must promptly notify the court if any inmate objects to plaintiff's requests.

   3.  Defendant shall respond to plaintiff's document request number 1 no later than September 27, 2013.

   4.  Defendant shall respond to plaintiff's document request number 3 no later than October 21, 2013.

5. Defendant shall respond to plaintiff's document request numbers 2, 4, 5, 6, 7, 8, 9, 10, 11, 12 no later than September 4, 2013.

Dated: August 22, 2013.

　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE