1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY W. KIRK,                              No.  2:11-cv-323-WBS-EFB P

12                    Plaintiff,

13          v.                                    ORDER AFTER HEARING ON PLAINTIFF'S
                                                  DISCOVERY MOTION
14    HEINRICH,

15                    Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On August 21, 2013, this action was on calendar for hearing on plaintiff's motion

19    for discovery.  Good cause appearing and for the reasons stated on the record, IT IS HEREBY

20    ORDERED that plaintiff's discovery motion (ECF No. 65) is granted as follows:

21          1.  The deadline for completing discovery is extended for the limited purpose of resolving

22    this motion.

23          2.  Plaintiff's request for documents from the central files of other inmates is granted.

24    Defense counsel must promptly notify the court if any inmate objects to plaintiff's requests.

25          3.  Defendant shall respond to plaintiff's document request number 1 no later than

26    September 27, 2013.

27          4.  Defendant shall respond to plaintiff's document request number 3 no later than October

28    21, 2013.

                                                   1

1     5.  Defendant shall respond to plaintiff's document request numbers 2, 4, 5, 6, 7, 8, 9, 10,

2  11, 12 no later than September 4, 2013.

3  Dated:  August 22, 2013.

4

5  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28