UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KIRK,<br><br>              Plaintiff,<br><br>       v.<br><br>HEINRICH,<br><br>              Defendant. | No.  2:11-cv-323-WBS-EFB P<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of plaintiff and counsel for defendant at a Settlement Conference conducted before the Honorable Craig M. Kellison on October 23, 2014, the above-captioned case settled.

As stated on the record, dispositional documents are to be filed not later than one hundred eighty (180) days from the date of the settlement conference.

All hearing dates set in this matter, including the trial currently set for February 24, 2015 before the assigned district judge, are VACATED and all pending motions are denied as moot.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED:  November 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE